IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:02cv76-T |
| | ) | WO |
| WILLIAM C. ABBOTT | ) | |

**ORDER ON MOTION**

Upon consideration of the "*motion for full recordation of the trial proceedings and for a hearing thereon*," filed by the movant on September 12, 2005 (Doc. 116), and as the transcript prepared in this case is complete with respect to all requisite proceedings before the court, it is

ORDERED that the motion be and is hereby DENIED.

DONE, this 20th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE