IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM C. ABBOTT,**         ) | |
| )| |
| Petitioner,          ) | |
| ) | |
| v.                            ) | CIVIL ACTION NO. |
| )                              | 2:02cv076-T |
| **UNITED STATES OF AMERICA,**  ) | (WO) |
| ) | |
| Respondent.          ) | |

OPINION

By order entered on June 13, 2005 (Doc. No. 108), this court vacated a final order and judgment entered on April 6, 2005 (Doc. Nos. 103 & 104) because petitioner complained that he had not received a copy of the recommendation of the United States Magistrate Judge.  The court directed the clerk of the court to provide petitioner with a copy of the recommendation and gave petitioner until July 1, 2005, to file any objections.  Petitioner has still not filed any

objections.  After an independent and de novo review of the record, the recommendation is due to be adopted again.

An appropriate judgment will be entered.

DONE, this 21st the day of September, 2005.


　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE