IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. ABBOTT, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:02cv076-T |
| UNITED STATES OF AMERICA, | ) | (WO) |
| | ) | |
|    Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. No. 102), to which no objections have been filed, is adopted.

(2) Petitioner's petition pursuant to 28 U.S.C.A. § 2255 (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this 21st the day of September, 2005.**

**     /s/ Myron H. Thompson     **
**UNITED STATES DISTRICT JUDGE**
