IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILLIAM C. ABBOTT,             )
                               )
    Petitioner,                )
                               )
    v.                         )    CIVIL ACTION NO.
                               )      2:02cv076-T
UNITED STATES OF AMERICA,      )         (WO)
                               )
    Respondent.                )
```

ORDER

It is ORDERED as follows:

(1) Petitioner's "Motion for an Extension of Time to File Objection to Order and Final Judgment and Motion for Reconsideration" (Doc. No. 120) are denied.

(2) Petitioner's "Objection to Order and Final Judgment" (Doc. No. 121) is overruled.

(3) Petitioner's "Motion for Reconsideration" (Doc. No. 121) is denied.

(4) Petitioner's "Motion for Judicial Notice and Permission to P[u]rsue" (Doc. No. 123) is denied.

Petitioner's requests and motions are premised on his contention that on June 29, 2005, he filed timely objections to the recommendation of the United States Magistrate Judge entered on March 15, 2005 (Doc. No. 102). However, the court's records indicate that petitioner did not file any such objections to the recommendation. Accordingly, the court finds no basis for allowing petitioner an extension of time or for sustaining his objection to the court's order and final judgment. Moreover, the proposed objections lack merit.

DONE, this 6th the day of December, 2005.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**