IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. ABBOTT, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) |   2:02cv076-T |
| UNITED STATES OF AMERICA, | ) |     (WO) |
| | ) | |
|    Respondent. | ) | |

ORDER

It is ORDERED that petitioner's "Motion for Leave for Judgment on the Pleadings and Evidentiary Hearing" (Doc. No. 125) is denied.

DONE, this 6th the day of December, 2005.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE