IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILLIAM C. ABBOTT,            )
                              )
     Petitioner,              )
                              )
     v.                       )    CIVIL ACTION NO.
                              )      2:02cv076-MHT
UNITED STATES OF AMERICA,     )         (WO)
                              )
     Respondent.              )
```

ORDER

It is ORDERED that the objection (Doc. No. 128) is overruled and that the request for relief (Doc. No. 128) is denied.

DONE, this 9th the day of January, 2006.


                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE