IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM C. ABBOTT,           ) | |
| ) | |
|    Petitioner,           ) | |
| ) | |
| v.                           ) | CIVIL ACTION NO. |
| )   | 2:02cv076-MHT |
| UNITED STATES OF AMERICA,    ) | (WO) |
| ) | |
|    Respondent.           ) | |

ORDER

It is ORDERED that petitioner's request for judicial notice and second motion for extension of time to file motion for certificate of appealability (Doc. Nos. 136 & 137) are denied.

Petitioner filed his notice of appeal (Doc. No. 130) on February 7, 2006, along with a motion for extension of time to file motion for certificate of appealability (Doc. No. 132). The court granted this first extension-motion (Doc. No. 134), giving petitioner until March 13, 2006. It has now been almost a month and a half since

the appeal notice was filed, and petitioner has been granted one lengthy extension already. It is now time for the court to rule, which it does in a companion order entered today.

DONE, this the 21st day of March, 2006.

                         /s/ Myron H. Thompson  
                      UNITED STATES DISTRICT JUDGE