IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILLIAM C. ABBOTT,          )
                            )
     Petitioner,            )
                            )
     v.                     )     CIVIL ACTION NO.
                            )       1:02cv076-MHT
UNITED STATES OF AMERICA,    )          (WO)
                            )
     Respondent.            )
```

ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. No. 130), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C.A. § 2253(c)(2).  The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 21st day of March, 2006.

　　　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　　UNITED STATES DISTRICT JUDGE